UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESEQUIEL "PAUL" GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, Warden,<br><br>    Respondent. | Case No. 16-cv-05301 BLF (PR)<br><br>**ORDER GRANTING MOTION TO REOPEN ACTION; GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED PETITION**<br><br>(Docket Nos. 27, 28) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. On January 20, 2017, the Court granted Petitioner's request to stay the mixed petition in order to exhaust unexhausted claims in the state courts. (Docket No. 22.) The case was administratively closed pending the stay of this action. (Id.) Petitioner was directed to notify the Court within twenty-eight days of the California Supreme Court's decision denying him relief to reopen this action by filing a motion to reopen this action. (Id.)

Petitioner has filed a motion to reopen this action, and a motion for leave to file a second amended petition. (Docket Nos. 27, 28.) Good cause appearing, the motions are **GRANTED**. The stay is hereby **LIFTED**, and the Clerk shall reopen the case.

1

Petitioner shall file a second amended petition **no later than fifty-six (56) days** from the date this order is filed.

This order terminates Docket Nos. 27 and 28.

**IT IS SO ORDERED.**

DATED: January 16, 2019

*Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge