United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESEQUIEL "PAUL" GARCIA,<br>　　　　　Petitioner,<br>　v.<br>NEIL MCDOWELL, Warden,<br>　　　　　Respondent. | Case No. 16-cv-05301 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED PETITION**<br><br>(Docket No. 31) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. On January 20, 2017, the Court granted Petitioner's request to stay the mixed petition in order to exhaust unexhausted claims in the state courts. (Docket No. 22.) The case was administratively closed pending the stay of this action. (*Id*.) After Petitioner filed a motion to reopen this action, the Court ordered the matter reopened and lifted the stay on January 16, 2019. (Docket No. 29.) Petitioner was directed to file a second amended petition no later than fifty-six days from the date the order was filed, i.e., no later than March 13, 2019. (*Id.*)

Petitioner filed a motion for an extension of time to file a second amended petition, extending the deadline to May 13, 2019. (Docket No. 31.) Good cause appearing, the

1

motion is GRANTED.  Petitioner shall file a second amended petition **no later than May 13, 2019.**

This order terminates Docket No. 31.

**IT IS SO ORDERED.**

DATED: March 28, 2019

BETH LABSON FREEMAN
United States District Judge