UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESEQUIEL "PAUL" GARCIA,<br>Petitioner,<br>v.<br>NEIL MCDOWELL, Warden,<br>Respondent. | Case No. 16-cv-05301 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND EXTENSION OF TIME TO FILE SECOND AMENDED PETITION**<br><br>(Docket No. 33) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. On January 20, 2017, the Court granted Petitioner's request to stay the mixed petition in order to exhaust unexhausted claims in the state courts. (Docket No. 22.) The case was administratively closed pending the stay of this action. (*Id*.) After Petitioner filed a motion to reopen this action, the Court ordered the matter reopened and lifted the stay on January 16, 2019. (Docket No. 29.) Petitioner was directed to file a second amended petition no later than fifty-six days from the date the order was filed. (*Id.*) Thereafter, Petitioner was granted a first extension of time, (Docket No. 32), and now requests a second and final extension of time. (Docket No. 33.) Good cause appearing, the motion is **GRANTED**. Petitioner shall file a second

1

amended petition **no later than June 28, 2019.**

This order terminates Docket No. 33.

**IT IS SO ORDERED.**

DATED: May 8, 2019

_____
BETH LABSON FREEMAN
United States District Judge