IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESEQUIEL "PAUL" GARCIA,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>NEIL McDOWELL, Warden,<br><br>　　　　　　　　　　Respondent. | Case No. 5:16-cv-05301-BLF (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until April 20, 2020 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: Feb 13, 2020

_____
The Honorable Beth Labson Freeman

1

[Proposed] Order (5:16-cv-05301-BLF (PR))