UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESEQUIEL "PAUL" GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL MCDOWELL, Warden,<br><br>    Respondent. | Case No. 16-cv-05301 BLF (PR)<br><br>**ORDER DENYING MOTION AS MOOT**<br><br><br>(Docket No. 47) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner has filed an "emergency status and evidentiary hearings request []" on a motion he filed requesting his release pending the decision of the writ. Dkt. No. 47. The Court recently denied that motion. Dkt. No. 46. Accordingly, the instant motion is DENIED as moot.

This order terminates Docket No. 47.

**IT IS SO ORDERED.**

DATED: __April 21, 2020__

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order Denying Motion as Moot
P:\PRO-SE\BLF\HC.16\05301Garcia_moot.docx

1