UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESEQUIEL "PAUL" GARCIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NEIL MCDOWELL, Warden,<br><br>　　　　Respondent. | Case No.  16-cv-5301 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO COMPEL**<br><br><br>(Docket No. 51) |

　　　　Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction.  On April 9, 2020, Petitioner filed a motion to compel.  Dkt. No. 44.  Respondent filed an opposition to the motion on April 23, 2020.  Dkt. No. 50.

　　　　On April 30, 2020, a motion for extension of time to file a reply to Respondent's opposition was filed.  Dkt. No. 51.  The Court notes that although the motion appears to have been initialed by Petitioner, *id.* at 6, it was actually filed by a non-party, Maria Consuelo Garcia, who signed the attached proof of service.  *Id.* at 9.  Petitioner is advised that a non-party may not file matters on his behalf, especially since he is proceeding *pro se* in this matter.  In light of the extenuating circumstances at this time precipitated by the

1  covid-19 pandemic, the Court will accept this filing.  However, no future documents filed
2  by a non-party will be accepted for filing in this matter.
3       Good cause appearing, Petitioner's motion for an extension of time to file a reply is
4  GRANTED.  Petitioner's reply to Respondent's opposition to his motion to compel shall
5  be filed **no later than twenty-one (21) days** from the date this order is filed.
6       This order terminates Docket No. 51.
7       **IT IS SO ORDERED.**
8  Dated:  __May 5, 2020_____

BETH LABSON FREEMAN
United States District Judge

25  Order Granting Ext. of Time to file Reply
PRO-SE\BLF\HC.16\05301Garcia_eot-reply(m2compel)

United States District Court
Northern District of California