XAVIER BECERRA
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JILL M. THAYER
Deputy Attorney General
State Bar No. 166428
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3868
 Fax:  (415) 703-1234
 E-mail:  Jill.Thayer@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ESEQUIEL "PAUL" GARCIA,**<br><br>                                    Petitioner,<br><br>     v.<br><br>**NEIL McDOWELL, Warden,**<br><br>                                    Respondent. | 5:16-cv-05301-BLF (PR)<br><br>**NOTICE OF ELECTRONIC LODGING OF EXHIBITS WITH THE COURT** |

Pursuant to Rule 5(c) of the Rules Governing § 2254 Cases and Civil L.R. 5, respondent is lodging the following documents in support of the answer, which are attached electronically to this notice.

  Exhibit 1  State Court Clerk's Transcript[1] (7 vols.)

  Exhibit 2  Supplemental State Court Clerk's Transcript[2] (7 vols.)

---

[1] Codefendant Estrada's confidential probation report at pages 1513-1528 is omitted pursuant to California Penal Code § 1203.05.

[2] As indicated in the index at volume 1, several portions of this supplemental clerk's transcript, including all of volumes 7 and 8, were filed under seal and not provided to respondent on appeal.

1

| | |
|---|---|
| Exhibit 3 | State Court Clerk's Transcript Augmentation #1 |
| Exhibit 4 | State Court Clerk's Transcript Augmentation #3 |
| Exhibit 5 | State Court Clerk's Transcript Augmentation #4 |
| Exhibit 6 | Trial Exhibits 91-93 |
| Exhibit 7 | Trial Exhibits 215, 232 & 230 |
| Exhibit 8 | Redacted Declaration of Attorney Robertson[3] |
| Exhibit 9 | Unsealed portions of Declaration of Attorney Robertson |
| Exhibit 10 | State Court Reporter's Transcript (23 vols.) |
| Exhibit 11 | Augmentation to State Court Reporter's Transcript (6 vols.) |
| Exhibit 12 | Appellant Garcia's Opening Brief, No. H036346 |
| Exhibit 13 | Appellant Garcia's Supplemental Opening Brief, No. H036346 |
| Exhibit 14 | Respondent's Brief in response to Appellant Garcia's Opening Briefs, No. H036346 |
| Exhibit 15 | Appellant Garcia's Reply Brief, No. H036346 |
| Exhibit 16 | Petition for Writ of Habeas Corpus, No. H040387 |
| Exhibit 17 | Unpublished opinion of the California Court of Appeal, Sixth Appellate District, No. H036346, filed March 2, 2015 |
| Exhibit 18 | Docket Report for California Court of Appeal Case No. H040387 |
| Exhibit 19 | Petition for Rehearing |
| Exhibit 20 | Order Modifying Unpublished Opinion |
| Exhibit 21 | Order Denying Petition for Rehearing |
| Exhibit 22 | Petition for Review of Direct Appeal, Case No. 225329 |
| Exhibit 23 | Petition for Review of Denial of Writ of Habeas Corpus, Case No. 225612 |
| Exhibit 24 | Answer to Petition for Review, Case No. S225615 |

---

[3] The unredacted declaration was not provided to respondent. *See* Ex. 10, vol. 6 at 114.

2

| | | |
|---|---|---|
| 1 | Exhibit 25 | Reply to Answer to Petition for Review, Case No. S225615 |
| 2 | Exhibit 26 | Denial of Petition for Review, Case No. S225329 |
| 3 | Exhibit 27 | Denial of Petition for Review, Case No. S225615 |
| 4-5 | Exhibit 28 | Petition for Writ of Habeas Corpus, Case No. S241412 (exhibits omitted) |
| 6-7 | Exhibit 29 | Informal Response to Petition for Writ of Habeas Corpus, Case No. S241412 |
| 8 | Exhibit 30 | Reply to Informal Response, Case No. S241412 (table of contents, table of authorities, and table of exhibits only) |
| 9 | Exhibit 31 | Docket Report for California Supreme Court Case No. S241412 |

Dated:  June 19, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General

*/s/ Jill M. Thayer*

JILL M. THAYER
Deputy Attorney General
*Attorneys for Respondent*

SF2020200103
42200595.docx