United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESEQUIEL GARCIA,<br>Petitioner,<br>v.<br>RAYTHEL FISHER, Warden,<br>Respondent. | Case No. 16-05301 BLF (PR)<br>**ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO FILE TRAVERSE**<br>Docket No. 62 |
|---|---|

Petitioner, a California prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 19, 2020, Respondent filed a response.  Dkt. No. 56.  Petitioner's traverse is currently due no later than July 24, 2020.  On July 17, 2020, Petitioner filed a motion for an extension of time to file the traverse, extending the deadline to September 22, 2020, based on circumstances at the prison due to the COVID-19 pandemic.  Dkt. No. 62.  Good cause appearing, the motion is GRANTED. Petitioner shall file a traverse **no later than September 22, 2020**.

The matter will be deemed submitted on the date Petitioner's traverse is due.

This order terminates Docket No. 62.

1  **IT IS SO ORDERED.**

2  Dated:  __**July 24, 2020**_____

3  BETH LABSON FREEMAN
   United States District Judge

28  Order Granting an Ext. of Time to File Traverse
    P:\PRO-SE\BLF\HC.16\05301Garcia_eot-trav.docx