UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESEQUIEL GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>RAYTHEL FISHER, Warden,<br><br>    Respondent. | Case No.  16-05301 BLF (PR)<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME TO FILE TRAVERSE**<br><br><br>(Docket No. 69) |

Petitioner, a California prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 19, 2020, Respondent filed an answer.  Dkt. No. 56.  Petitioner's traverse is currently due no later than November 3, 2020.  Dkt. No. 68.  On October 26, 2020, Petitioner filed a third application for enlargement of time to file a traverse.  Dkt. No. 69.  Petitioner asserts that there have been delays in the processing of incoming mail, he needs more time to access exhibits, and COVID-19 restrictions limit his ability to conduct research and prepare his traverse.  *Id.* at 2-4.

Good cause appearing, Petitioner's motion for a third extension of time to file a traverse is **GRANTED**.  Petitioner shall file his traverse **no later than January 4, 2021**.  The matter will be deemed submitted on the date Petitioner's traverse is due.

Petitioner also requests a ruling on his motion to compel.  *Id.* at 5.  It appears that

Petitioner has not yet received a copy of the last court order in this action, denying that motion. Dkt. No. 68. **Accordingly, the Clerk shall enclose a copy of the court order filed under Docket No. 68, along with a copy of this order to Petitioner.**

This order terminates Docket No. 69.

**IT IS SO ORDERED.**

Dated: __November 3, 2020__

BETH LABSON FREEMAN
United States District Judge

Order Granting 3rd EOT to File Trav.
P:\PRO-SE\BLF\HC.16\05301Garcia_eot-trav3.docx