UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ESEQUIEL PAUL GARCIA,

                    Petitioner,

          v.

NEIL McDOWELL, Warden,

                    Respondent.

Case No.  16-05301 BLF (PR)

**JUDGMENT**

     For the reasons stated in the order denying the petition for a writ of habeas corpus,

judgment is entered in favor of Respondent and against Petitioner.

     **IT IS SO ORDERED**.

Dated:_____April 14, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Case No. 16-05301 BLF (PR)
ORDER DEN. PET. FOR WRIT OF HABEAS CORPUS; DEN. CERTIFICATE OF APPEALABILITY